UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-136 |
| | ) | Phillips |
| ROGER MILLS | ) | |

## **MEMORANDUM AND ORDER**

This case is before the Court on the defendant's *pro se* Motion for Early Termination of Probation [Doc. 248]. As set forth in his motion and as the record reflects, defendant Roger Mills was convicted of one count of conspiracy to manufacture, distribute, and possession with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A). He was sentenced to a term of imprisonment of 52 months, followed by a term of supervised release of five (5) years. Defendant has completed his term of imprisonment and four years of the term of supervised release. The government has advised that it has no objection to defendant's motion.

The Probation Office has advised that defendant lives with his 86 year-old mother-in-law in Kodak, Tennessee. Defendant has maintained full time employment and a stable residence throughout his time on supervised release. Defendant has not incurred any arrests or violations while on supervised release and his drug screens have been negative. Further, the supervising probation officer recommends early termination of probation for the defendant.

Defendant moves for early termination of probation pursuant to 18 U.S.C. § 3564(c) which provides:

> The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

After carefully considering the requirements of the statute, the Court finds the relevant portions of 18 U.S.C. § 3553(a) support an early termination of defendant's probation. In support of this determination, the Court notes that defendant has completed more than four years of his term of supervised release; he has been in full compliance with the conditions of his supervised release; he maintains steady employment and a stable residence for his family. In addition, his supervising probation officer recommends early termination. It appears to the Court that defendant has rehabilitated himself and he poses no threat to any individual or the community to reoffend. Accordingly, pursuant to 18 U.S.C. § 3564(c), based on the defendant's conduct and the interests of justice, defendant's motion for early termination of probation [Doc. 248] is **GRANTED.** Defendant's term of probation is **TERMINATED.**

**IT IS SO ORDERED.**

s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE